# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kevin M. Wallace<br>     Debtor(s) | |
| | CHAPTER 13 |
| U.S. Bank National Association, not in its individual capacity but solely as trustee for NRZ Pass-Through Trust VIII, its successors and/or assigns<br>     Movant<br>vs. | NO. 19-13240 AMC |
| Kevin M. Wallace<br>     Debtor(s) | |
| William C. Miller Esq.<br>     Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Notice of Postpetition Mortgage Fees, Expenses, and Charges of U.S. Bank National Association, not in its individual capacity but solely as trustee for NRZ Pass-Through Trust VIII, which was filed with the Court on or about **8/23/2019**.

                Respectfully submitted,

                **/s/ Kevin G. McDonald, Esquire**
                Kevin G. McDonald, Esquire
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA  19106
                412-430-3594

August 23, 2019