United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 19-13240-amc
Kevin M Wallace                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: jch                    Page 1 of 1                Date Rcvd: Aug 23, 2019
                               Form ID: 175                 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2019.
db             +Kevin M Wallace,    1157 Atwood Road,    Philadelphia, PA 19151-3108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2019 at the address(es) listed below:
     ALEXANDRA T. GARCIA    on behalf of Creditor    U.S. Bank National Association, not in its
     individual capacity but solely as trustee for NRZ Pass-Through Trust VIII ecfmail@mwc-law.com,
     ecfmail@ecf.courtdrive.com
     BRANDON J. PERLOFF    on behalf of Debtor Kevin M Wallace bperloff@kminjurylawyers.com,
     kmecf1429@gmail.com,mhazlett@kminjurylawyers.com,KwartlerManusLLC@jubileebk.net
     KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, not in its individual
     capacity but solely as trustee for NRZ Pass-Through Trust VIII bkgroup@kmllawgroup.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                                             TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Kevin M Wallace
    Debtor(s)

Case No: 19−13240−amc
Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed for failure to pay the third installment payment in the amount of $75.00

will be held before the Honorable Ashely M. Chan ,United States Bankruptcy Court

on: 9/17/19

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: August 23, 2019

25
Form 175