United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Kevin M Wallace
       Debtor

Case No. 19-13240-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: JEGilmore      Page 1 of 1      Date Rcvd: Oct 01, 2019
                     Form ID: pdf900      Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 03, 2019.
db             +Kevin M Wallace,    1157 Atwood Road,    Philadelphia, PA 19151-3108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Oct 02 2019 03:53:48    City of Philadelphia,
           City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
           Philadelphia, PA   19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 02 2019 03:53:23
           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
           Harrisburg, PA   17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 02 2019 03:53:47     U.S. Attorney Office,
           c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                             TOTAL: 3

          ***** BYPASSED RECIPIENTS *****
NONE.                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2019                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 1, 2019 at the address(es) listed below:
       ALEXANDRA T. GARCIA    on behalf of Creditor    U.S. Bank National Association, not in its
       individual capacity but solely as trustee for NRZ Pass-Through Trust VIII ecfmail@mwc-law.com,
       ecfmail@ecf.courtdrive.com
       BRANDON J. PERLOFF    on behalf of Debtor Kevin M Wallace bperloff@kminjurylawyers.com,
       kmecf1429@gmail.com,mhazlett@kminjurylawyers.com,KwartlerManusLLC@jubileebk.net
       KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, not in its individual
       capacity but solely as trustee for NRZ Pass-Through Trust VIII bkgroup@kmllawgroup.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                           TOTAL: 5

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kevin M. Wallace <br>          Debtor | CHAPTER 13 |
| U.S. Bank National Association, not in its individual capacity but solely as trustee for NRZ Pass-Through Trust VIII <br>          Movant <br>    vs. | NO. 19-13240 AMC |
| Kevin M. Wallace <br>          Debtor <br> Bernice Wallace <br>          Co-Debtor | 11 U.S.C. Section 362 |
| William C. Miller Esq. <br>          Trustee | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

    1.    The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$2,440.74,** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | July 1, 2019 to August 1, 2019 at $716.63/month |
| Suspense Balance: | $23.52 |
| Fees & Costs Relating to Motion: | $1,031.00 |
| **Total Post-Petition Arrears** | **$2,440.74** |

    2.    The Debtor(s) shall cure said arrearages in the following manner;

    a). Beginning on September 1, 2019 and continuing through February 1, 2020, until the arrearages are cured, Debtor(s) shall pay the present regular monthly payment of **$716.63** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$406.79** towards the arrearages on or before the last day of each month at the address below;

NATIONSTAR MORTGAGE, LLC
ATTN: BANKRUPTCY DEPT
P.O. BOX 619094
DALLAS, TX 75261-9741

    b).    Maintenance of current monthly mortgage payments to the Movant thereafter.

3.      Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4.      In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5.      The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6.      If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7.      If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8.      The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9.      The parties agree that a facsimile signature shall be considered an original signature.


Date:    August 21, 2019

By: /s/ Kevin G. McDonald, Esquire
Attorney for Movant


Date: 9/23/2019

Brandon J. Perloff, Esquire
Attorney for Debtors


Date: 9-24-19

William C. Miller, Esquire
Chapter 13 Trustee

Approved by the Court this **30th** day of __September_____, 2019.  However, the court
retains discretion regarding entry of any further order.

_____    _____

Bankruptcy Judge
Ashely M. Chan