# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re:                          :       Chapter 13
Kevin M. Wallace                :
    Debtor                    :       Bankruptcy No. 19-13240-AMC

## ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses for Brandon Perloff, Esquire., counsel for Debtor (the "Application"), and upon Counsel for Debtor's request to retain jurisdiction at the Motion to Dismiss hearing on January 21, 2020, **IT IS ORDERED THAT:**

1. The above-captioned case is dismissed.

2. Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation chapter 13 plan payments held by the chapter 13 trustee shall not revest in the Debtors or any other entity pending further order of this court.

3. A hearing shall be held on February 11, 2020, at 11:00 a.m. in Bankruptcy Courtroom No. 4, U.S. Courthouse, 900 Market Street, Philadelphia, PA to consider the Application for Compensation.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for Debtors shall serve a copy of this Order on all creditors and interested parties and file a Certification of Service on or before February 4, 2020.

Date: January 21, 2020

                                                              Honorable Ashely M. Chan
                                                              United States Bankruptcy Judge

cc:    Brandon Perloff, Esquire
        1429 Walnut Street, Suite 701
        Philadelphia, PA 19102

        William C. Miller, Esquire
        Chapter 13 Standing Trustee
        P.O. Box 40119
        Philadelphia, PA 19106-0119

        Kevin M Wallace
        1157 Atwood Road
        Philadelphia, PA 19151