**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In Re:
Kevin M Wallace                                                                13

                        Debtor                                                Bky No. 19-13240-AMC

**CERTIFICATE OF SERVICE OF**
**ORDER DISMISSING**

     I, Brandon Perloff, Attorney for Debtor, hereby certify that service upon all interested parties was made by sending true and correct copies of the ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCES OF ADMINISTRATIVE EXPENSES electronically and/or via first class mail and/or facsimile on January 22, 2020.

Kevin M Wallace
1157 Atwood Road
Philadelphia, PA 19151

William C. Miller, Esquire
Chapter 13 Trustee
Post Office Box 40119
Philadelphia, PA 19106

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Matrix

Dated:  January 23, 2020                          /s/ Brandon Perloff
                                                                 Brandon Perloff
                                                                 Kwartler Manus, LLC
                                                                 1429 Walnut Street
                                                                 Suite 701
                                                                 Philadelphia, PA 19102
                                                                 Telephone: (267) 457-5570
                                                                 Attorney(s) for Debtor(s)