United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 19-13240-amc
Kevin M Wallace                                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 2          Date Rcvd: Jan 21, 2020
                              Form ID: pdf900         Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 23, 2020.
```
db            +Kevin M Wallace,    1157 Atwood Road,    Philadelphia, PA 19151-3108
14327060      +AES/PHEAA,    Attn: Bankruptcy,    PO Box 2461,    Harrisburg, PA 17105-2461
14327063      +Bernice Wallace,    1157 Atwood Road,    Philadelphia, PA 19151-3108
14327068     ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
               (address filed with court: Continental Finance Company,     Attn: Bankruptcy,    PO Box 8099,
                 Newark, DE 19714)
14327065      +Caine & Weiner,    Attn: Bankruptcy,    5805 Sepulveda Blvd,    Sherman Oaks, CA 91411-2546
14327071      +First Premier Bank,    Attn: Bankruptcy,    PO Box 5524,    Sioux Falls, SD 57117-5524
14327075      +Kwartler Manus, LLC,    1429 Walnut Street,    Suite 701,    Philadelphia, PA 19102-3207
14327078     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,     ATTN: Bankruptcy Department,
                 P.O. Box 630267,    Irving, TX 75063)
14327077       NationStar Mortgage,    P.O. Box 60516,    City of Industry, CA 91716-0516
14361040      +Nationstar Mortgage LLC d/b/a Mr. Cooper,     P.O. Box 619094,    Dallas, TX 75261-9094
14327080      +Santander Consumer USA,    Attn: Bankruptcy,    PO Box 961245,    Fort Worth, TX 76161-0244
14359554      +U.S. Bank National Association,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
                701 Market Street, Suite 5000,    Philadelphia, Pa 19106-1541
14330765      +U.S. Bank National Association,,    c/o ALEXANDRA T. GARCIA, ESQUIRE,
                123 South Broad Street, Suite 1400,    Philadelphia, PA 19109-1060
14330533      +U.S. Bank National Association, not in its individ,     c/o McCabe, Weisberg & Conway, LLC,
                Suite 1400,    123 South Broad Street,    Philadelphia, PA 19109-1060
14327081      +U.S. Department of the Treasury (Fax Onl,    Attn: Bankruptcy,    1500 Pennsylvania Avenue, NW,
                Washington, DC 20220-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Jan 22 2020 03:40:42     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 22 2020 03:40:22
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 22 2020 03:40:36     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/Text: megan.harper@phila.gov Jan 22 2020 03:40:41     CITY OF PHILADELPHIA,
                Tax & Revenue Unit,    1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    Major Tax Litigation Division,
                Philadelphia, PA 19102-1613
14327062      +E-mail/Text: g17768@att.com Jan 22 2020 03:40:09     AT&T,    c/o Business Bankruptcy,
                PO Box 769,    Arlington, TX 76004-0769
14358913      +E-mail/Text: g20956@att.com Jan 22 2020 03:40:48     AT&T Mobility II LLC,
                %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                BEDMINSTER, NJ.  07921-2693
14327061      +E-mail/Text: bky@americanprofit.net Jan 22 2020 03:40:35     American Profit Recovery,
                Attn: Bankruptcy,    34505 W 12 Mile Road #333,    Farmington Hills, MI 48331-3288
14327064      +E-mail/Text: dl-collectionsbankruptcyteam@drivetime.com Jan 22 2020 03:40:48     Bridgecrest,
                Attn: Bankruptcy,    7300 E Hampton Ave, Ste 100,    Mesa, AZ 85209-3324
14361177      +E-mail/Text: dl-collectionsbankruptcyteam@drivetime.com Jan 22 2020 03:40:48
                Bridgecrest Credit Company, LLC,    PO BOX 29018,    PHOENIX, AZ 85038-9018
14327066      +E-mail/Text: megan.harper@phila.gov Jan 22 2020 03:40:41
                City of Philadelphia and Water Revenue Bureau,    c/o Pamela Elchert Thurmond,
                Municipal Services Building,    1401 John F. Kennedy Blvd, 5th Floor,
                Philadelphia, PA 19102-1617
14327067      +E-mail/Text: bankruptcy@consumerportfolio.com Jan 22 2020 03:40:32     Consumer Portfolio Svc,
                Attn: Bankruptcy,    PO Box 57071,    Irvine, CA 92619-7071
14327069      +E-mail/Text: bknotice@ercbpo.com Jan 22 2020 03:40:30     ERC/Enhanced Recovery Corp,
                Attn: Bankruptcy,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
14410496       E-mail/Text: FEMA-Finance-BNK@fema.dhs.gov Jan 22 2020 03:40:08
                Federal Emergency Management Agency,    FFC-AR-BNK,    PO Box 9001,    Winchester, VA 22604-9001
14410495       E-mail/Text: FEMA-Finance-BNK@fema.dhs.gov Jan 22 2020 03:40:08     Richard Williams,
                Federal Emergency Management Agency,    FFC-AR-BNK,    PO Box 9001,    Winchester, VA 22604-9001
14327070      +E-mail/Text: bnc-bluestem@quantum3group.com Jan 22 2020 03:40:49     Fingerhut,
                Attn: Bankruptcy,    PO Box 1250,    Saint Cloud, MN 56395-1250
14327072      +E-mail/Text: bankruptcy@flagshipcredit.com Jan 22 2020 03:40:32     Flagship Credit Acceptance,
                P.O. Box 965,    Chadds Ford, PA 19317-0643
14327073       E-mail/Text: cio.bncmail@irs.gov Jan 22 2020 03:40:12     Internal Revenue Service,
                P.O. Box 7346,    Phila., PA  19101-7346
14359628      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 22 2020 03:40:27     MIDLAND FUNDING LLC,
                PO Box 2011,    Warren, MI 48090-2011
14327076      +E-mail/Text: bankruptcy@moneylion.com Jan 22 2020 03:40:49     Moneylion,
                Attn: Bankruptcy Dept,    P.O. Box 1547,    Sandy, UT 84091-1547
14327079      +E-mail/Text: bankruptcygroup@peco-energy.com Jan 22 2020 03:40:13     PECO,    2301 Market St,
                Philadelphia, PA 19103-1380
14349845      +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 22 2020 03:40:32     Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
```

```
District/off: 0313-2          User: JEGilmore          Page 2 of 2          Date Rcvd: Jan 21, 2020
                              Form ID: pdf900          Total Noticed: 39
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
14421022      +E-mail/Text: megan.harper@phila.gov Jan 22 2020 03:40:42      The City of Philadelphia,
               c/o Pamela Elchert Thurmond, Esq.,   City of Philadelphia Law Department,
               Municipal Services Building,   1401 JFK Boulevard, 5th Floor,   Philadelphia, PA 19102-1617
14327082      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 22 2020 03:40:06
               Verizon Wireless,   Attn: Verizon Wireless Bankruptcy Admini,   500 Technology Dr, Ste 550,
               Weldon Spring, MO 63304-2225
14379232      +E-mail/Text: megan.harper@phila.gov Jan 22 2020 03:40:42      Water Revenue Bureau,
               c/o City of Philadelphia Law Department,   Tax & Revenue Unit,   Bankruptcy Group, MSB,
               1401 John F. Kennedy Blvd., 5th Floor,   Philadelphia, PA 19102-1613
                                                                                             TOTAL: 24

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14327074*      Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
                                                                            TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 21, 2020 at the address(es) listed below:

```
              ALEXANDRA T. GARCIA    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity but solely as trustee for NRZ Pass-Through Trust VIII ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              BRANDON J PERLOFF    on behalf of Debtor Kevin M Wallace bperloff@kmfirm.com,   kmecf1429@gmail.com,
               mhazlett@kmfirm.com,KwartlerManusLLC@jubileebk.net
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as trustee for NRZ Pass-Through Trust VIII bkgroup@kmllawgroup.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    CITY OF PHILADELPHIA pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Kevin M. Wallace | : | |
| Debtor | : | Bankruptcy No. 19-13240-AMC |

## ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses for Brandon Perloff, Esquire., counsel for Debtor (the "Application"), and upon Counsel for Debtor's request to retain jurisdiction at the Motion to Dismiss hearing on January 21, 2020, **IT IS ORDERED THAT:**

1. The above-captioned case is dismissed.

2. Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation chapter 13 plan payments held by the chapter 13 trustee shall not revest in the Debtors or any other entity pending further order of this court.

3. A hearing shall be held on February 11, 2020, at 11:00 a.m. in Bankruptcy Courtroom No. 4, U.S. Courthouse, 900 Market Street, Philadelphia, PA to consider the Application for Compensation.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for Debtors shall serve a copy of this Order on all creditors and interested parties and file a Certification of Service on or before February 4, 2020.

Date: January 21, 2020

Honorable Ashely M. Chan
United States Bankruptcy Judge

cc:  Brandon Perloff, Esquire
1429 Walnut Street, Suite 701
Philadelphia, PA 19102

William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 40119
Philadelphia, PA 19106-0119

Kevin M Wallace
1157 Atwood Road
Philadelphia, PA 19151