**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In Re:

Kevin M Wallace

Debtor(s).

13

Bky No. 19-13240 - AMC

**ORDER**

    **AND NOW,** this 25th day of February, 2020, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Brandon Perloff, the Applicant and counsel for the debtor, and after notice it is hereby

    **ORDERED** that counsel fees in the amount $5,300.00 less $917.00 already paid with a remaining balance of **$4,383.0**0 are allowed and may be paid by the trustee to the extent provided in the confirmed plan. See 11 USC§ 330(a)(4)(B).

**BY THE COURT:**

_____
Hon. Ashely M. Chan
**U.S. BANKRUPTCY JUDGE**

CC:   **Brandon Perloff, Esq.**
1429 Walnut Street, Suite 701
Philadelphia, PA   19102

William C. Miller, Esquire
Post Office Box 40119
Philadelphia, PA 19106
Chapter 13 Trustee

Kevin M Wallace
1157 Atwood Road
Philadelphia, PA 19151